No. 96–525. JAMES MADISON LTD., BY HECHT, ASSIGNEE v. LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–532. APONTE-VELAZQUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–546. HINES v. ABB VETCO GRAY, INC. C. A. 5th Cir. Certiorari denied.

No. 96–572. BAUGHER ET AL. v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–687. RUIZ v. BLENTECH CORP. C. A. 7th Cir. Certiorari denied.

No. 96–691. YOUNIS BROS. & CO., INC., ET AL. v. CIGNA WORLDWIDE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 96–694. BIC CORP. v. CARNEY ET UX. C. A. 8th Cir. Certiorari denied.

No. 96–698. DAUGHERTY v. SARASOTA COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 96–702. FAIRCLOTH ET AL. v. LUNDY PACKING CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–707. BOYETT, A MINOR CHILD, SUING BY HIS FATHER AND NEXT FRIEND, BOYETT v. TOMBERLIN ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 96–711. GINBERG v. TAUBER. Ct. App. D. C. Certiorari denied.

No. 96–716. GRYNBERG v. KLEIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–730. ALDRICH ET AL. v. GENERAL PUBLIC UTILITIES CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–750. JARRETT ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied.